# EXHIBIT A

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 552,794

Registered Jan. 1, 1952

Renewal Term Begins Jan. 1, 1992

## TRADEMARK
## PRINCIPAL REGISTER



TRIUMPH DESIGNS LIMITED (UNITED KINGDOM CORPORATION)

COVENTRY, WARWICKSHIRE, ENGLAND, BY ASSIGNMENT, ASSIGNMENT AND CHANGE OF NAME FROM TRIUMPH ENGINEERING COMPANY LIMITED (GREAT BRITAIN CORPORATION) COVENTRY, ENGLAND

OWNER OF GREAT BRITAIN REG. NO. 323317, DATED 4–30–1910.

FOR: MOTOR CYCLES, IN CLASS 19 (INT. CL. 12).

SER. NO. 71–599,201, FILED 6–15–1950.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 25, 1992.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 12

Prior U.S. Cl.: 19

**Reg. No. 1,939,115**

## United States Patent and Trademark Office

Registered Dec. 5, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## THUNDERBIRD

TRIUMPH DESIGNS LIMITED (UNITED KING-
DOM CORPORATION)
ASHBY ROAD, MEASHAM
SWADLINCOTE, DERBYSHIRE, ENGLAND

FOR: MOTORCYCLES AND STRUCTURAL
PARTS THEREFORE, IN CLASS 12 (U.S. CL.
19).

OWNER OF UNITED KINGDOM REG. NO.
681179, DATED 7–20–1949, EXPIRES 7–20–1998.

SER. NO. 74–407,668, FILED 6–30–1993.

J. CHILDRESS, EXAMINING ATTORNEY

Int. Cls.: 7, 9, 11, 12, and 17

Prior U.S. Cls.: 1, 5, 12, 13, 19, 21, 23, 26, 31, 34, 35, 36, 38, 44, and 50

Reg. No. 2,059,661

## United States Patent and Trademark Office

Registered May 6, 1997

## TRADEMARK
### PRINCIPAL REGISTER



TRIUMPH DESIGNS LIMITED (UNITED KINGDOM COMPANY)
ASHBY ROAD, MEASHAM
SWADLINCOTE, DERBYSHIRE, ENGLAND

FOR: MOTORCYCLE ENGINES AND PARTS THEREFOR, NAMELY, PISTONS, CAM SHAFTS, CYLINDER HEADS, CRANK CASES, CARBURETORS, VALVES, RADIATORS, CRANK SHAFTS, OIL PUMPS, STARTER MOTORS, FANS, PIPES AND CYLINDER BEARINGS, ALTERNATORS, IGNITION ROTORS, IGNITION COILS, IGNITERS, AND SPARK PLUGS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 10–6–1994; IN COMMERCE 10–6–1994.

FOR: ELECTRICAL PARTS AND INSTRUMENTS FOR MOTORCYCLES, NAMELY, SWITCHES FOR CONTROLLING THE ELECTRICAL ACCESSORIES OF THE MOTORCYCLE; RELAYS, TACHOMETERS, THERMOMETERS, SPEEDOMETERS, AND ELECTRICAL WIRING HARNESSES AND SUBHARNESSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10–6–1994; IN COMMERCE 10–6–1994.

FOR: MOTORCYCLE HEADLAMP COVERS; VEHICLE REFLECTORS FOR MOTORCYCLES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 10–6–1994; IN COMMERCE 10–6–1994.

FOR: MOTORCYCLES AND PARTS THEREFOR, NAMELY, WINDSCREENS, LUGGAGE CARRIERS, SEATS, HANDLEBARS, SIDE PANELS, FORKS, YOKES, FRAMES, FUEL TANKS, TIRES, INNER TUBES FOR TIRES, GRIPS, SPRINGS, BRACKETS, NON-ELECTRIC CABLES, AXLE BEARINGS, WHEEL BEARINGS, KICKSTANDS, CHAINS, CHAIN GUARDS, SPROCKETS, AND OTHER STRUCTURAL PARTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10–6–1994; IN COMMERCE 10–6–1994.

FOR: RUBBER AND PLASTIC PARTS FOR MOTORCYCLES, NAMELY, GASKETS, WASHERS, AND O RINGS; RUBBER AND PLASTIC HOSES FOR USE IN MOTORCYCLES, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FIRST USE 10–6–1994; IN COMMERCE 10–6–1994.

OWNER OF U.S. REG. NO. 552,794.

SN 74–566,980, FILED 8–29–1994.

ANTHONY R. MASIELLO, EXAMINING ATTORNEY

Int. Cls.: 14, 18, and 25

Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 39, 41, and 50

## United States Patent and Trademark Office

Reg. No. 2,091,751

Registered Aug. 26, 1997

## TRADEMARK
### PRINCIPAL REGISTER



TRIUMPH DESIGNS LIMITED (UNITED KING-
DOM CORPORATION)
ASHBY ROAD
MEASHAM, SWADLINCOTE, DERBYSHIRE,
ENGLAND

FOR: WATCH CHAINS; ORNAMENTAL
BADGE PINS IN THE NATURE OF JEWELRY;
WATCHES AND BANDS THEREFOR; AND
CHRONOGRAPHS FOR USE AS WATCHES, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 12-21-1994; IN COMMERCE
1-3-1996.
FOR: LUGGAGE, NAMELY, GARMENT
BAGS FOR TRAVEL, BACK PACKS, AND AT-
TACHE CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3,
22 AND 41).
FIRST USE 2-24-1995; IN COMMERCE
1-2-1996.

FOR: CLOTHING, NAMELY, JEANS, JACK-
ETS, SALOPETTES, GLOVES AND BOOTS,
ALL OF LEATHER; RAINWEAR, NAMELY,
OVERSUITS, SALOPETTES AND JACKETS;
AND CLOTH OVERALLS, JACKETS, DENIM
JEANS, T-SHIRTS, AND SPORTS SHIRTS , IN
CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 12-19-1994; IN COMMERCE
1-5-1996.
OWNER OF U.S. REG. NO. 552,794.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "MOTORCYCLES" IN INTER-
NATIONAL CLASSES 9 AND 25, APART FROM
THE MARK AS SHOWN.

SN 74-654,901, FILED 3-31-1995.

ANTHONY R. MASIELLO, EXAMINING AT-
TORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,115,041

Registered Nov. 25, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## BONNEVILLE

TRIUMPH DESIGNS LIMITED (UNITED KING-
DOM COMPANY)
ASHBY ROAD
MEASHAM, SWADLINCOTE, DERBYSHIRE,
ENGLAND

FOR: PARTS OF MOTORCYCLES, NAMELY,
MOTORS AND ENGINES, FRAMES, DRIVE
GEARS, TRANSMISSION GEARS, STEERING
GEARS AND GEAR CHANGERS, WHEELS,
CLUTCHES AND CLUTCH COMPONENTS,
NAMELY, CLUTCH LEVERS, CLUTCH HOUS-
INGS, CLUTCH DISKS, CLUTCH RINGS,
CLUTCH PLATES, CLUTCH SLEEVES, AND
CLUTCH TOGGLES, TYRES, SADDLES, SUS-
PENSION SYSTEMS, NAMELY, SHOCK AB-
SORBERS, AND FORKS, DRIVE CHAINS,
DRIVE SHAFTS, DRIVE COMPONENTS,
NAMELY, DRIVE SPROCKETS AND DRIVE

WHEELS, HANDLEBARS, GRIPS, BRAKES,
AND BRAKING SYSTEMS, NAMELY, BRAKE
PADS, BRAKE PISTONS, BRAKE CALIPERS,
BRAKE DISCS, BRAKE LEVERS, AND BRAKE
LINES, FUEL TANKS, AND FUEL SUPPLY
SYSTEMS CONSISTING PRIMARILY OF FUEL
TRANSFER LINES, GAS TANK CAPS, IGNI-
TION SWITCHES, THROTTLES, EXHAUST
PIPES, FUEL INDICATORS, AND FUEL INJEC-
TORS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35
AND 44).

OWNER OF UNITED KINGDOM REG. NO.
1460103, DATED 7–8–1994, EXPIRES 4–2–1998.

SER. NO. 74–721,953, FILED 8–28–1995.

ANTHONY R. MASIELLO, EXAMINING AT-
TORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

## United States Patent and Trademark Office

Reg. No. 2,359,174

Registered June 20, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## BONNEVILLE

TRIUMPH DESIGNS LIMITED (UNITED KINGDOM CORPORATION)
ASHBY ROAD
MEASHAM
SWADLINCOTE, DERBYSHIRE, ENGLAND

FOR: MOTORCYCLES; PARTS OF MOTOR-CYCLES, NAMELY, MOTORS AND ENGINES, FRAMES, DRIVE GEARS, TRANSMISSION GEARS, STEERING GEARS AND GEAR CHANGERS, WHEELS, CLUTCHES AND CLUTCH COMPONENTS, NAMELY CLUTCH LEVERS, CLUTCH HOUSINGS, CLUTCH DISKS, CLUTCH RINGS, CLUTCH PLATES, CLUTCH SLEEVES, AND CLUTCH TOGGLES, TYRES, SADDLES, SUSPENSION SYSTEMS, NAME-LY, SHOCK ABSORBERS, AND FORKS, DRIVE CHAINS, DRIVE SHAFTS, DRIVE COMPONENTS,

NAMELY, DRIVE SPROCKETS AND DRIVE WHEELS, HANDLEBARS, GRIPS, BRAKES, AND BRAKING SYSTEMS, NAMELY, BRAKE PADS, BRAKE PISTONS, BRAKE CALIPERS, BRAKE DISCS, BRAKE LEVERS, AND BRAKE LINES, FUEL TANKS, AND FUEL SUPPLY SYSTEMS CON-SISTING PRIMARILY OF FUEL TRANSFER LINES; GAS TANK CAPS, IGNITION SWITCHES, THROT-TLES, EXHAUST PIPES, FUEL INDICATORS, AND FUEL INJECTORS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

OWNER OF FRANCE REG. NO. 1460103, DATED 7–8–1994, EXPIRES 4–2–2008.

SER. NO. 75–473,303, FILED 4–23–1998.

HELEN JOHNSON, EXAMINING ATTORNEY

Int. Cls.: 41 and 42

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,351,657

Registered May 23, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## RIDERS ASSOCIATION OF TRIUMPH

TRIUMPH DESIGNS LIMITED (UNITED STATES CORPORATION)
ASHBY ROAD
MEASHAM, SWADLINCOTE, DERBYSHIRE
DE12 7JP, ENGLAND

FOR: ENTERTAINMENT AND RECREATIONAL SERVICES, NAMELY ORGANIZING MOTORCYCLE TOURS AND RELATED SOCIAL EVENTS , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: ASSOCIATION SERVICES, NAMELY, PROMOTING AND ADVANCING THE INTERESTS AND WELFARE OF MOTORCYCLE OWNERS AND RIDERS, IN CLASS 42 (U.S. CLS. 100 AND 101).

OWNER OF UNITED KINGDOM REG. NO. 2156509, DATED 1–27–1998, EXPIRES 1–27–2008.

OWNER OF U.S. REG. NOS. 552,794, 2,059,661, AND 2,091,751.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE ''RIDERS ASSOCIATION'', APART FROM THE MARK AS SHOWN.

SER. NO. 75–673,347, FILED 4–2–1999.

BRIAN NEVILLE, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

Reg. No. 2,571,967

## United States Patent and Trademark Office

Registered May 21, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## TRIUMPH

TRIUMPH DESIGNS LIMITED (UNITED KING-
DOM LIMITED COMPANY)
ASHBY ROAD
MEASHAM, SWADLINCOTE
DERBYSHIRE DE 12 7JP, UNITED KINGDOM

FOR: TOY MODEL MOTORCYCLES AND RELA-
TED ACCESSORIES SOLD AS A UNIT; TOY MO-

TORCYCLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND
50).

FIRST USE 5-31-2000; IN COMMERCE 5-31-2001.

SN 75-878,199, FILED 12-22-1999.

DAWN FELDMAN, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

**Reg. No. 2,978,998**

Registered July 26, 2005

### TRADEMARK
**PRINCIPAL REGISTER**

# TRIUMPH ROCKET III

TRIUMPH DESIGNS LIMITED (UNITED KING-
DOM CORPORATION)
ASHBY ROAD, MEASHAM, SWADLINCOTE
DERBYSHIRE, ENGLAND DE12 7JP

FOR: MOTORCYCLES, IN CLASS 12 (U.S. CLS. 19,
21, 23, 31, 35 AND 44).

FIRST USE 6-28-2004; IN COMMERCE 6-28-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 552,794 AND 2,059,661.

SN 78-270,899, FILED 7-7-2003.

ODESSA BIBBINS, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# TRIDENT

**Reg. No. 4,626,629**

**Registered Oct. 28, 2014**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

TRIUMPH DESIGNS LIMITED (UNITED KINGDOM COMPANY)
NORMANDY WAY
HINCKLEY,; LEICESTERSHIRE LE10 3BZ
UNITED KINGDOM

FOR: LAND VEHICLES; SPORTS UTILITY VEHICLES; SIDE BY SIDE VEHICLES; MOTOR-
CYCLES; MOPEDS; SCOOTERS; TRICYCLES; BICYCLES; POWERED 2-WHEELED
VEHICLES; AND STRUCTURAL PARTS FOR LAND VEHICLES, IN CLASS 12 (U.S. CLS.
19, 21, 23, 31, 35 AND 44).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 2-21-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1110578 DATED 2-21-2012, EXPIRES 2-21-
2022.

SER. NO. 79-110,627, FILED 2-21-2012.

JOSETTE BEVERLY, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office

# SPEED TWIN

**Reg. No. 5,061,608**

**Registered Oct. 18, 2016**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Triumph Designs Limited (UNITED KINGDOM Limited company )
Ashby Road,
Measham, Swadlincote, Derbyshire DE127JP
UNITED KINGDOM

CLASS 12: Motorcycles and parts and structural parts therefor

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1289179 DATED 01-14-2016, EXPIRES 01-14-2026

No claim is made to the exclusive right to use the following apart from the mark as shown: "TWIN"

SER. NO. 79-183,236, FILED 01-14-2016
JANICE LEE MCMORROW, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THUNDERBIRD

**Reg. No. 6,488,464**

**Registered Sep. 21, 2021**

**Int. Cl.: 9, 25**

**Trademark**

**Principal Register**

Triumph Designs Limited  (UNITED KINGDOM limited liability company )
Normandy Way
Hinckley, Leicestershire Le10 3bz
UNITED KINGDOM

CLASS 9: Protective clothing, namely, clothing for protection against accidents or injury; riding helmets, motorcycle helmets; protective gloves, namely, gloves for protection against accidents or injury; protective footwear, namely, boots and shoes for protection against accidents or injury; motorcycle goggles, safety goggles; eye covers for protective purposes; motorcycle helmet visors; switches for controlling electrical accessories for motorcycles; batteries for motorcycles; battery chargers; radios and receivers of radio signals; aerials; electrical relays; tachometers; thermometers for motorcycles; speedometers; electrical wiring installations; electrical adapters; electrical locks; fire extinguishing apparatus and instruments; parts and fittings for all of the aforesaid goods; all of the foregoing to be used in relation to motorcycles, tricycles, mopeds and scooters only and all of the foregoing excluding 4-wheeled vehicles

CLASS 25: T-shirts, caps being headwear, and sweatshirts for adults, all relating to motorcycles; none of the aforesaid goods bearing images of cars or other 4-wheeled vehicles

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1338064 DATED 01-06-2017, EXPIRES 01-06-2027

SER. NO. 79-204,664, FILED 01-06-2017





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# TIGER

**Reg. No. 5,483,141**

**Registered Jun. 05, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Triumph Designs Limited (UNITED KINGDOM LIMITED LIABILITY COMPANY)
Normandy Way
Hinckley, Leicestershire Le10 3bz
UNITED KINGDOM

CLASS 12: motorcycles; mopeds; motor scooters; powered two-wheeled motor vehicles; luggage racks for vehicles, for motorcycles, mopeds, motor scooters and bicycles; security alarm devices for motorcycles and land vehicles; structural replacement parts and fittings for all of the aforesaid goods; none being tyres or inner tubes for wheels, or treads for vehicles, and all being for two-wheeled vehicles

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1354633 DATED 03-02-2017, EXPIRES 03-02-2027

SER. NO. 79-211,862, FILED 03-02-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,362,191**

**Registered Dec. 26, 2017**

**Int. Cl.: 9, 12, 25, 35, 36, 41**

**Service Mark**

**Trademark**

**Principal Register**

Triumph Designs Limited (UNITED KINGDOM LIMITED LIABILITY COMPANY)
Normandy Way
Hinckley, Leicestershire Le10 3bz
UNITED KINGDOM

CLASS 9: Articles of protective clothing for protection against accident or injury for use in motorcycling, dirt-biking, bicycling and e-biking; safety helmets; protective gloves for the prevention of accident or injury and protective footwear for the prevention of accident or injury; steel capped boots being protective footwear for the prevention of accident or injury; safety goggles; eyeshades, namely, eye covers for protective purposes; motorcycle helmet visors; spectacles; sunglasses; cases for spectacles and sunglasses; electrical switches for controlling electrical accessories for motorcycles, mopeds, scooters, powered two-wheeled vehicles and other vehicles; batteries; battery chargers; radios; receivers of radio signals, namely, radio receivers; aerials; blank video tapes and audio tapes; blank recordable compact discs; blank recordable DVDs; photographic apparatus and instruments, namely, cameras; telephones; electric relays; tachometers; thermometers not for medical purposes; speedometers; starters for motors and engines; electrical wiring, electrical wires; electrical adapters; electrical locks; fire extinguishing apparatus; structural parts and fittings for all of the aforesaid goods

CLASS 12: Motorcycles; mopeds; motor scooters; motor powered two-wheeled vehicles; electric bicycles; human powered 2-wheeled vehicles, namely, bicycles; land vehicles; luggage racks for motor cars, motorcycles, motor scooters and motor powered two-wheeled vehicles; antitheft alarm devices for motorcycles, mopeds, motor scooters, motor powered two-wheeled vehicles and other land vehicles in the nature of motorcycles; metal stands for holding stationary motorcycles, mopeds, motor scooters and motor powered two-wheeled vehicles; tyres for vehicle wheels; electrical heated handlebar grips for motorcycles, mopeds, motor scooters and motor powered two-wheeled vehicles; structural parts and fittings for all of the aforesaid goods

CLASS 25: Clothing, namely, jeans, t-shirts, shirts, blouses, jackets, trousers, shorts, caps, hats, gloves, scarves, socks, ties, jumpers, cardigans, sweaters, sweatshirts, track suits, thermal base layers in the nature of thermal underwear; footwear, namely, shoes, boots, sports shoes; headwear

CLASS 35: Retail store services, wholesale store services, and distributor services in the field of cosmetics, perfumery, toiletries, soaps, essential oils, dentifrices, decorative transfers for cosmetic purposes, cleaning, bleaching and polishing preparations and substances, degreasers,



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

stand, sand cloth, emery cloth sharpening waxes, petrol diesel oils greases lubricants, fuels, metal goods for motorcycles, mopeds, scooters, two-wheeled vehicles and other vehicles, badges, key chains, watch chains, key rings, chains, locks, nuts, bolts, screws, cables and non-electric wires, ironmongery, protective clothing, helmets, protective gloves and protective footwear, steel capped boots, goggles, eyeshades, visors, spectacles, sunglasses, cases for spectacles and sunglasses, sunshades, motorcycles, mopeds, scooters, two-wheeled vehicles and other vehicles electrical accessories, parts and instruments for motorcycles, mopeds, scooters, powered two-wheeled vehicles and other vehicles, switches for controlling electrical accessories for motorcycles, mopeds, scooters, powered two-wheeled vehicles and other vehicles, batteries, battery chargers, electronic games, radios and receivers of radio signals, aerials, video tapes and audio tapes, compact discs, DVDs, photographic apparatus and instruments, telephones, relays, tachometers, thermometers, speedometers, horns, starters, electrical wiring, harnesses, sub-harnesses, adapters, electrical locks, alarm apparatus and instruments, fire extinguishing apparatus and instruments, lighting apparatus and instruments, light bulbs, headlamp covers, reflectors for motorcycles, mopeds, scooters, powered 2-wheeled vehicles and other vehicles, torches, motorcycles, mopeds, scooters, powered 2-wheeled vehicles, vehicles, luggage racks, alarm devices for motorcycles, mopeds, scooters, powered two-wheeled vehicles and other vehicles, stands for motorcycles, mopeds, scooters, powered two-wheeled vehicles, tyres, jewellery, watches, clocks, watch bands, straps and chains, bracelets, buckles, cufflinks, key rings, key fobs, badges, tie clips and pins, printed matter, periodical publications, books, manuals, calendars, postcards, posters, pictures, photographs, photograph albums, cheque book covers, binders, files, banners, stickers, decalcomanias, playing cards, tattoos, atlases, stationery, rubber and plastic materials and goods made from these materials for motorcycles, mopeds, scooters, two-wheeled vehicles and other vehicles, luggage, trunks, umbrellas, belts, bands and straps, briefcases, key cases, back packs, rucksacks, bags, boxes, tool belts, wallets and purses, covers for motorcycles, mopeds, scooters, powered two-wheeled vehicles and other vehicles, domestic utensils and containers, mugs and cups, glassware, chinaware, earthenware, clothing, headwear, footwear, buckles, games and playthings, sporting articles, beer, ale, mild, lager, stout, porter, non-alcoholic beverages, fruit juices and drinks, mineral and aerated waters, alcoholic beverages, cigarette lighters, smokers` requisites, structural parts and fittings for any of the aforementioned goods; advertising services; marketing services

CLASS 36: Credit card services, namely, issuing of credit cards; banking; financial services, namely, issuing of credit cards; provision of personal loans; financial management; extended warranty services, namely, service contracts; insurance brokerage services; financial sponsorship services, namely, financial sponsorship of sports competition; advice, information and consultancy services relating to all of the aforesaid services

CLASS 41: Social club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties for club members; entertainment services in the nature of organizing motorcycle tours and related social events; leisure services in the nature of competition in the field of sports; organization of shows, exhibitions and sports competitions for entertainment and recreational purposes; rental of sports equipment except vehicles; recreational services, namely, organizing exhibitions for sporting purposes; publishing services, namely, publishing of books and magazines; advice, information and consultancy services relating to all of the aforesaid services

The mark consists of a triangle containing two stylized chevrons resembling arrow heads.

OWNER OF INTERNATIONAL REGISTRATION 1356839 DATED 08-05-2016, EXPIRES 08-05-2026

SER. NO. 79-212,871, FILED 08-05-2016

# United States of America

## United States Patent and Trademark Office

# TRIDENT

**Reg. No. 5,435,713**

**Registered Apr. 03, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Triumph Designs Limited (WALES Limited Company England & Wales )
Normandy Way
Hinckley, Leicestershire Le10 3bz
UNITED KINGDOM

CLASS 12: Motorcycles; mopeds; scooters; bicycles; e-bikes; e-bicycles; powered two-wheeled vehicles; tricycles; quad bikes; land vehicles; parts and fittings for all the aforesaid goods

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 08-24-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1372812 DATED 08-31-2017, EXPIRES 08-31-2027

SER. NO. 79-219,839, FILED 08-31-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TRIUMPH SCRAMBLER

**Reg. No. 5,435,714**

**Registered Apr. 03, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Triumph Designs Limited (ENGLAND Limited Company England & Wales )
Normandy Way
Hinckley, Leicestershire Le10 3bz
UNITED KINGDOM

CLASS 12: Motorcycles and parts and fittings for motorcycles

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1372813 DATED 08-31-2017, EXPIRES 08-31-2027

SER. NO. 79-219,840, FILED 08-31-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# STREET TRIPLE

**Reg. No. 5,521,754**

**Registered Jul. 24, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Triumph Designs Limited  (ENGLAND Limited Company England & Wales )
Normandy Way
Hinckley, Leicestershire Le10 3bz
UNITED KINGDOM

CLASS 12: Motorcycles; mopeds; scooters; bicycles; e-bikes; e-bicycles; powered two-wheeled vehicles; tricycles; quad bikes; parts and fittings for all the aforesaid goods

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1372814 DATED 08-31-2017, EXPIRES 08-31-2027

No claim is made to the exclusive right to use the following apart from the mark as shown: "STREET"

SER. NO. 79-219,841, FILED 08-31-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# STREET TWIN

**Reg. No. 5,521,755**

**Registered Jul. 24, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Triumph Designs Limited  (ENGLAND Limited Company England & Wales )
Normandy Way
Hinckley, Leicestershire Le10 3bz
UNITED KINGDOM

CLASS 12: Motorcycles; mopeds; scooters; bicycles; e-bikes; e-bicycles; powered two-wheeled vehicles; tricycles; quad bikes; parts and fittings for all the aforesaid goods

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1372815 DATED 08-31-2017, EXPIRES 08-31-2027

No claim is made to the exclusive right to use the following apart from the mark as shown: "STREET"

SER. NO. 79-219,842, FILED 08-31-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TROPHY

**Reg. No. 5,483,267**

**Registered Jun. 05, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Triumph Designs Limited (ENGLAND Limited company )
Ashby Road
Measham
Swadlincote Derbyshire De12 7jp, UNITED KINGDOM

CLASS 12: Motorcycles; body panels for motorcycles

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1373338 DATED 08-31-2017, EXPIRES 08-31-2027

SER. NO. 79-220,068, FILED 08-31-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# SPEED TRIPLE

**Reg. No. 5,516,233**

**Registered Jul. 17, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Triumph Designs Limited  (UNITED KINGDOM Limited Company England & Wales )
Ashby Road
Measham, Swadlincote
Derbyshire De12 7jp, UNITED KINGDOM

CLASS 12: Motorcycles and parts therefor; all included in this class

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1374553 DATED 08-31-2017,
EXPIRES 08-31-2027

No claim is made to the exclusive right to use the following apart from the mark as shown:
"SPEED"

SER. NO. 79-220,606, FILED 08-31-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TRIUMPH DAYTONA

**Reg. No. 5,505,573**

**Registered Jul. 03, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Triumph Designs Limited  (UNITED KINGDOM Limited company )
Ashby Road
Measham Swadlincote, Derbyshire De12 7jp
UNITED KINGDOM

CLASS 12: Motorcycles and parts thereof; all included in this class

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1374849 DATED 08-31-2017,
EXPIRES 08-31-2027

No claim is made to the exclusive right to use the following apart from the mark as shown:
"DAYTONA"

SER. NO. 79-220,766, FILED 08-31-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# 1902 CAFÉ

**Reg. No. 5,483,284**

**Registered Jun. 05, 2018**

**Int. Cl.: 43**

**Service Mark**

**Principal Register**

Triumph Designs Limited (UNITED KINGDOM Limited company )
Normandy Way
Hinckley, Leicestershire Le10 3bz
UNITED KINGDOM

CLASS 43: Restaurant, cafe and bar services; catering services; advice, information and consultancy services relating to all of the aforesaid services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1376371 DATED 10-10-2017, EXPIRES 10-10-2027

No claim is made to the exclusive right to use the following apart from the mark as shown: "CAFÉ"

SER. NO. 79-221,426, FILED 10-10-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# ROCKET

**Reg. No. 5,992,943**

**Registered Feb. 25, 2020**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Triumph Designs Limited  (ENGLAND Limited Company England & Wales )
Normandy Way
Hinckley, Leicestershire Le10 3bz
UNITED KINGDOM

CLASS 12: Motorcycles

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 08-23-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1399385 DATED 12-27-2017,
EXPIRES 12-27-2027

SER. NO. 79-231,080, FILED 12-27-2017





Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,864,899**

**Registered Sep. 24, 2019**

**Int. Cl.: 16, 25**

**Trademark**

**Principal Register**

Triumph Designs Limited  (UNITED KINGDOM Limited Company )
Ashby Road,
Measham Swadlincote, Derbyshire De12 7j
UNITED KINGDOM

CLASS 16: printed matter in the nature of magazines, manuals, handbooks, catalogs, and brochures, all in the field of motorcycles, motor vehicles, and motorcycle accessories and parts; periodical publications, namely, printed periodicals in the field of motorcycles, motor vehicles, and motorcycle accessories and parts; books in the field of motorcycles, motor vehicles, and motorcycle accessories and parts; manuals in the field of motorcycles, motor vehicles, and motorcycle accessories and parts; calendars; postcards; posters; pictures; photographs; photograph albums; cheque book covers; binders; document files; paper banners; stickers; decalcomanias; temporary tattoo transfers; atlases; stationery

CLASS 25: clothing, namely, jeans, shirts, jackets, pants, shorts, gloves, scarves, socks, ties, sweaters, sweatshirts, track suits, and thermal base layers, footwear and headwear

The mark consists of a stylized tiger in a running motion with its teeth and claws bared. The number "110" appears in the middle of the tiger's body.

PRIORITY DATE OF 08-17-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1447112 DATED 11-14-2018, EXPIRES 11-14-2028

SER. NO. 79-250,774, FILED 11-14-2018

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MY TRIUMPH

**Reg. No. 6,241,969**

**Registered Jan. 12, 2021**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Triumph Designs Limited  (UNITED KINGDOM Limited company )
Ashby Road
Measham
Swadlincote, Derbyshire De12 7jp, UNITED KINGDOM

CLASS 9: downloadable computer software applications for control of motorcycle navigation, providing navigation and map information in the form of digital maps, and allowing users to search and determine the location of objects, people, places and points of interests on digital maps; downloadable computer software for control of motorcycle navigation, providing navigation and map information in the form of digital maps, and allowing users to search and determine the location of objects, people, places and points of interests on digital maps; satellite navigation apparatus and instruments for vehicles; GPS navigation or location apparatus and instruments; route planners in the nature of handheld personal computers; holders specially adapted for route planners in the nature of handheld personal computers; vehicle tracking apparatus and instruments; signaling apparatus and instruments, namely, vehicle traffic signals; blank magnetic data carriers; alarm apparatus and instruments, namely, parts for anti-theft motorcycle alarms, in the nature of electronic sensors, remote control transmitters and receivers for remotely operating motorcycles; parts and fittings for all of the aforesaid goods

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 01-22-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1471466 DATED 04-29-2019, EXPIRES 04-29-2029

SER. NO. 79-260,662, FILED 04-29-2019





Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THRUXTON

**Reg. No. 7,215,532**

**Registered Nov. 14, 2023**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Triumph Designs Limited  (UNITED KINGDOM Limited Company )
Hinckley, Leicestershire LE10 3BZ
Normandy Way
UNITED KINGDOM

CLASS 12: Motorcycles; mopeds; scooters, namely, motor scooters; powered two-wheeled motor vehicles; kickstands for motorcycles; electrical heated handlebar grips for motorcycles; parts, accessories and fittings for all of the aforesaid goods, namely, tires, handlebars, and structural motorcycle parts

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 05-18-2022 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1691976 DATED 09-02-2022, EXPIRES 09-02-2032

SER. NO. 79-353,820, FILED 09-02-2022

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

## TRIUMPH STREET TRACKER

**Reg. No. 7,390,054**

**Registered May 21, 2024**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Triumph Designs Limited  (UNITED KINGDOM limited company (ltd.))
Normandy Way,
Hinckley Leicestershire LE10 3BZ
UNITED KINGDOM

CLASS 12: Motorcycles; mopeds; scooters, namely, motor scooters; bicycles; electric bicycles; powered two-wheeled motor vehicles; tricycles not being toys; quad bikes; parts and fittings for all the aforesaid goods, namely, tires, handlebars, engines, structural parts, and brakes

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 12-06-2022 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1724524 DATED 02-28-2023, EXPIRES 02-28-2033

No claim is made to the exclusive right to use the following apart from the mark as shown: "STREET TRACKER"

SER. NO. 79-367,515, FILED 02-28-2023

_Katherine Kelly Vidal_

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# TRIUMPH

**Reg. No. 6,866,489**

**Registered Oct. 04, 2022**

**Int. Cl.: 12, 25, 28**

**Trademark**

**Principal Register**

Triumph Designs Limited  (ENGLAND CORPORATION)
Normandy Way, Hinckley
Leicestershire, UNITED KINGDOM LE103BZ

CLASS 12: (Based on 44(e)) Motorcycles; mopeds; scooters; tricycles; bicycles; powered two-wheeled motor vehicles; and structural parts therefor for all of the aforesaid goods

CLASS 25: (Based on Use in Commerce) Clothing, namely, jeans, jackets, salopettes, gloves and boots, all of leather; rainwear, namely, oversuits, salopettes and jackets; cloth overalls, jackets; denim jeans; T-shirts; sweatshirts; thermal base layers; hats and caps; jumpers, cardigans and sweaters; not including underwear, foundation garments, swimwear or nightwear

FIRST USE 1-25-1995; IN COMMERCE 1-25-1996

CLASS 28: (Based on 44(e)) Toy scooters; toy children's tricycles and bicycles; teddy bears; tennis rackets; board games relating to motorcycles; games relating to motorcycles; parts therefor for all of the aforesaid goods

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN (EU) OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET (OHIM) APPLICATION NO. 10481257, FILED 12-09-2011, REG. NO. UK00003179420, DATED 11-18-2016, EXPIRES 08-09-2026

OWNER OF U.S. REG. NO. 2571967, 0552794, 2978998

SER. NO. 85-500,234, FILED 12-20-2011



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# TRIUMPH

**Reg. No. 5,029,574**

**Registered Aug. 30, 2016**

**Int. Cl.: 9, 25**

**Trademark**

**Principal Register**

Triumph Designs Limited (UNITED KINGDOM limited company (ltd.) )
Normandy Way, Hinckley
Leicestershire UNITED KINGDOM LE103BZ

CLASS 9: Articles of protective clothing for protection against accident or injury for use in motorcycling and dirt-biking; motorcycle helmets; sunglasses; sunglass cases

FIRST USE 00-00-1996; IN COMMERCE 00-00-1996

CLASS 25: clothing, namely, footwear, headwear, namely, jeans, t-shirts, shirts, blouses, jackets, trousers, shorts, caps, hats, gloves, scarves, socks, ties, jumpers, cardigans, sweaters, sweatshirts, track suits, thermal base layers, shoes, boots, sports shoes; not including underwear, foundation garments, swimwear or nightwear

FIRST USE 00-00-1996; IN COMMERCE 00-00-1996

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-474,866, FILED 12-09-2014
DAWN FELDMAN LEHKER, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TRIUMPH

**Reg. No. 6,481,285**

**Registered Sep. 14, 2021**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Triumph Designs Limited  (UNITED KINGDOM limited company (ltd.) )
Normandy Way, Hinckley
Leicestershire, UNITED KINGDOM LE103BZ

CLASS 12: bicycles; e-bikes; e-bicycles; powered two-wheeled vehicles, namely, motorcycles; tricycles; quad bikes; structural parts for all the aforesaid goods

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN (EU) OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET (OHIM) APPLICATION NO. 015271521, FILED 03-23-2016, REG. NO. 015271521, DATED 01-11-2021, EXPIRES 03-23-2026

SER. NO. 87-067,387, FILED 06-10-2016





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# BONNEVILLE BOBBER

**Reg. No. 5,309,264**

**Registered Oct. 17, 2017**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Triumph Designs Limited (UNITED KINGDOM limited company (ltd.) )
Normandy Way, Hinckley
Leicestershire, UNITED KINGDOM LE103BZ

CLASS 12: motorcycles; mopeds; scooters; vehicles; bicycles; e-bikes; e-bicycles; quad bikes; parts, accessories and fittings for all of the aforesaid goods

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN (EU) OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET (OHIM) APPLICATION NO. 015727019, FILED 08-05-2016, REG. NO. 015727019, DATED 02-14-2017, EXPIRES 08-05-2026

SER. NO. 87-150,740, FILED 08-25-2016



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TRIUMPH

**Reg. No. 6,014,143**

**Registered Mar. 17, 2020**

**Int. Cl.: 14, 18**

**Trademark**

**Principal Register**

Triumph Designs Limited  (UNITED KINGDOM limited company (ltd.) )
Normandy Way
Hinckley
Leicestershire, UNITED KINGDOM LE103BZ

CLASS 14: watches; cufflinks; key rings; decorative key fobs; badges of precious metal; articles made of precious metal or coated therewith, namely, lapel badges, statues and sculptures; pins

FIRST USE 12-00-1995; IN COMMERCE 12-00-1995

CLASS 18: luggage; umbrellas; briefcases; key cases; back packs; rucksacks; handbags; travelling bags; leather bags; weekend bags; duffel bags; carry-on bags; tote bags; wallets and purses

FIRST USE 12-00-1995; IN COMMERCE 12-00-1995

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-785,916, FILED 02-06-2018

Director of the United States
Patent and Trademark Office

